This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 22, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35095 |
|---|---|
| GREGORY S. ROBINSON | (Chapter 13) |
| JENNIFER A. ROBINSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

T1XX9X

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on October 1, 2009 upon the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments (Doc. 59) and Debtor's response to Trustee's Motion to Dismiss (Doc. 60), filed on or about August 4, 2009, and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments is hereby granted;

2) this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email to: chapter13@dayton13.com


/s/ WAYNE P NOVICK

WAYNE P NOVICK  #0030248
ATTORNEY FOR DEBTORS
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459
(937) 436-2606  FAX (937) 436-4602
email: GRATEFULLAWYER2@aol.com

Copies To: 08-35095

| | | |
|---|---|---|
| JEFFREY M. KELLNER<br>CHAPTER 13 TRUSTEE<br>131 N LUDLOW ST   SUITE 900<br>DAYTON, OH  45402-1161 | OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH  43215 | |
| GREGORY S. ROBINSON<br>JENNIFER A. ROBINSON<br>3923 FARMERSVILLE WEST AL<br>FARMERSVILLE, OH  45324 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (1045.1n)<br>EMERSON KECK<br>15 W FOURTH ST  STE 100<br>DAYTON, OH  45402 |
| (61.1n)<br>GE MONEY BANK % REC MGNT SYS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 | (62.1n)<br>MICHAEL R PROCTOR<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201 | (1044.1n)<br>RECOVERY MANAGEMENT SYSTEMS<br>CORP<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 |
| (1047.1n)<br>WAYNE NOVICK<br>2135 MIAMISBURG CENTERVILLE RD<br>DAYTON, OH  45459 | | |

0835095_267_20091020_1118_750/T275_jb

\#\#\#